AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | |

UNITED STATES OF AMERICA
V.
**Rampersaud Birbal**
**A091 583 997**
AKA:

    IAE    YOB: 1958
    Guyana
(Name and Address of Defendant)

United States District Court
Southern District of Texas
**FILED**

**SEP 27 2014**

**Clerk of Court**

## CRIMINAL COMPLAINT

Case Number:    M-14-1908-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 26, 2014** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

**being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title  **8**  United States Code, Section(s)  **1326**  **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

**Rampersaud Birbal was encountered by Border Patrol Agents near Roma, Texas on September 26, 2014. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on August 26, 2014, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on May 12, 2014, through Atlanta, Georgia. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 20, 2011, the defendant was convicted of 8 USC 1326 and was sentenced to forty six (46) months confinement and three (3) years supervised release term. Also, in November 17, 2004, the defendant was convicted of Sexual Assault with Force and was sentenced to five (5) years confinement.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

*(Signature of Complainant)*
Jeremiah Abrego          Senior Patrol Agent

Sworn to before me and subscribed in my presence,
**September 27, 2014**

**Dorina Ramos**          , U.S. Magistrate Judge
Name and Title of Judicial Officer

*(Signature of Judicial Officer)*